Form clmtext

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*  Lamont Fletcher
  *Debtor*

*Case No.:* 17−90050

*Chapter:* 13

---

*NOTICE OF ENTRY OF TEXT ORDER*

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) ORDER Withdrawing: (RE: related document(s)28 Motion to Extend/Shorten Time filed by Debtor Lamont Fletcher). (court, ephi)**

Dated: 6/2/17

  /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.